190

## IN THE MATTER OF GEORGE McDOUGALL

### 1810

#### JOURNAL ENTRIES

1. Rule to show cause . . . . . . . . *Journal, infra,* *p. 293
2. Rule discharged . . . . . . . . . . . " 331

#### PAPERS IN FILE

1. Copy of rule; proof of service . . . . . . . *Printed in Vol. 2*
2. Affidavit of George McDougall . . . . . . . "